UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Scott Garrison Martin**                    Docket No. 7:13-CR-83-1BO

Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Scott Garrison Martin, who, upon an earlier plea of guilty to 18 U.S.C. §2252(a)(2), Receipt of Child Pornography, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on February 4, 2014, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Scott Garrison Martin was released from custody on March 09, 2018, at which time the term of supervised release commenced.

On March 12, 2018, conditions of release were modified to strike the condition that the defendant comply with the rules and regulations of the Eastern District Sex Offender Program and that several sex offense specific conditions be added to meet the specific needs of the defendant.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant reported to the probation office on May 15, 2018, and submitted to a polygraph examination. After the polygraph, the defendant admitted to unknowingly viewing adult pornography when he rented a movie. The defendant states as soon as he realized what he was viewing, he immediately stopped the movie. The defendant has been reminded that he cannot view pornography. Computer monitoring has been placed on the defendant's electronic devices and he will continue to be monitored for potential deviant behavior. Additionally, the defendant has requested that a mental health condition be added so that the defendant can be seen by our mental health provider for a pre-existing mental health condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>Senior U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2539<br>Executed On: May 17, 2018 |

Scott Garrison Martin
Docket No. 7:13-CR-83-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __18__ day of __May__, 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge